■ DANIEL PEELER et al., Respondents, v RICHARD I. WASHINGTON et al., Respondents, and GEORGE BELLO et al., Appellants. (Appeal No. 2.) [700 NYS2d 889] —Order unanimously affirmed without costs. Same Memorandum as in *Cantara v Peeler* (267 AD2d 997 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Dismiss Pleading.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.

■ ALFRED SCHNEIDER, Appellant, v COOKSON AMERICA, INC., Doing Business as ALPHAMETALS, Respondent and Third-Party Plaintiff. THERMO-O-DISC, INC., Third-Party Defendant-Respondent. [700 NYS2d 886] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in granting defendant's motion to dismiss the complaint based on plaintiff's failure to file a note of issue and statement of readiness pursuant to defendant's demand or to comply with the court's scheduling order. In response to the motion, plaintiff failed to offer a reasonable excuse for the failure to file the note of issue and failed to submit an affidavit of merit (*see, Geise v Wetherill,* 238 AD2d 952, 952-953; *Jaeger v Spina,* 224 AD2d 951, 952; *cf., Feeney v Benderson Dev. Corp.,* 255 AD2d 965, 966). A plaintiff proceeding *pro se* is not excused from the requirement of submitting an affidavit of merit (*see, Yule v Comerford,* 140 AD2d 981, 982). (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Dismiss Pleading.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.